Argued April 16, affirmed April 22, petition for review
denied June 16, 1974

STATE OF OREGON, *Respondent, v.* ROBERT
MARTINEZ BARBOZA (No. C 73-08-2435 Cr),
*Appellant.*

521 P2d 9

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Tanzer,
Judges.

PER CURIAM.

Affirmed. *Terry v. Ohio,* 392 US 1, 88 S Ct 1868, 20
L Ed 2d 889 (1968) ; *State v. Cloman,* 254 Or 1, 456 P2d
67 (1969).